10535

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOIS SUTTER and DOUGLAS SUTTER, her husband, | Civil Action No. 09-0452 |
| Plaintiff | |
| v. | |
| BOROUGH OF ROCHESTER, FRANK MERCIER and DAWN SHANE, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO:   Clerk:

Kindly WITHDRAW the appearance of Dell, Moser, Lane & Loughney, L.L.C. and Mark R. Lane, Esquire as counsel of record for the Borough of Rochester, Defendant, in the above-referenced matter.

Respectfully Submitted:

**DELL MOSER LANE & LOUGHNEY, LLC**

/s/ Mark R. Lane
Mark R. Lane, Esquire
Pa. I.D. #61923
Attorneys for Defendant, Borough of Rochester

525 William Penn Place, Suite 3700
Pittsburgh, PA  15219
(412) 471-1180

**JURY TRIAL DEMANDED**

SO ORDERED, this ___ day of December, 2009

_____
Gary L. Lancaster, Chief U.S. District Judge