IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOIS SUTTER and DOUGLAS SUTTER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 09-452 ) |
| BOROUGH OF ROCHESTER, FRANK MERCIER, and DAWN SHANE, | ) ) **Electronically Filed** ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 21st day of Dec_____, 2009, upon consideration of the within motion to quash subpoena and/or for protective order, it is hereby **ORDERED** that the subpoena is **QUASHED** and/or a protective order against disclosure of the materials sought is **GRANTED**.

By the Court:

_____ J.