IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

LOIS SUTTER and DOUGLAS
SUTTER, her husband,

    Plaintiffs,

v.

BOROUGH OF ROCHESTER,
FRANK MERCIER and DAWN
SHANE,

    Defendants.

Civil Action No. 09-452

Chief Judge Gary L. Lancaster

## STIPULATION FOR DISMISSAL

The parties hereby stipulate and agree that Plaintiffs' claims against the Defendants in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

/s/ Gianni Floro
Gianni Floro, Esquire
PA ID No. 85837
Attorney for the Plaintiffs
935 Beaver Grade Road, Suite 6
Moon Township, PA 15108
P: (412) 264-6040
F: (412) 264-2510
E: gfloro84@comcast.net

The Law Office of Joseph S. Weimer

/s/ Edmond Joyal
Edmond Joyal, Esquire
PA ID No. 65907
975 Two Chatham Center
Pittsburgh, PA 15219
P: (412) 338-3184
F: (412) 471-8748
E: ejoyal@travelers.com

SO ORDERED, this 4th day of June, 2010.

_____
Chief United States District Judge